## United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Loan Workout Consultants LLC
**SSN:** N/A
**EIN:** 80−0236617
aka Affordable Mortgage Consultants

18850 Ventura Blvd #130
Tarzana, CA 91356

**BANKRUPTCY NO.** 1:10−bk−13012−MT
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim <u>on or before</u> March 28, 2011.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED <u>NOT</u> FILE AGAIN.**

A proof of claim form is on the reverse side of this notice.

Dated: December 22, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv rev. 5/96) VAN−10

**33 /**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Central District Of California | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Loan Workout Consultants LLC | Case Number: 1:10-13012-MT |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0973-1            User: adomingue              Page 1 of 4                   Date Rcvd: Dec 22, 2010
Case: 10-13012                  Form ID: ntcpdiv             Total Noticed: 275


The following entities were noticed by first class mail on Dec 24, 2010.
db           +Loan Workout Consultants LLC,    18850 Ventura Blvd #130,    Tarzana, CA 91356-3380
aty           Ervin Cohen & Jessup LLP,    9401 Wilshire Blvd., 9th Floor,    Beverly Hills, CA 90212-2974
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P. O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA 90053-0200
25923463     +ABDUL-HALIM ISLAH,    8720 HARE AVENUE,    JACKSONVILLE FL 32211-8032
25923357     +ABRIL GALO,    1609 N FAIRVIEW ST,    BURBANK CA 91505-1659
25923333     +ADAIR JAMES,    131 EAST CHERRY AVENUE,    ARROYO GRANDE CA 93420-3343
25923466     +ADAMS BRYAN,    9312 PINION DRIVE,    LAKE WORTH FL 33467-1032
25923287     +AGUILAR PEDRO / JULIAN,    124 E BARRY DRIVE,    VENTURA CA 93001-1408
25923406     +AHMED MASWOOD,    25850 DONEGAL DRIVE,    CHANTILLY VA 20152-2075
25923380     +ALDYCKI LETITIA,    344 HOPE CHAPEL ROAD,    LAKEWOOD NJ 08701-2326
25923487     +ALFARO MARIA,    9520 SYLMAR AVE 13,    PANORAMA CITY CA 91402-1118
25923334     +ALWARD LUKE,    162 STATE ROAD,    EAST TEMPLETON MA 01436-1234
25923479     +AMAYA MERCEDES,    2430 EAST AVENUE R-12,    PALMDALE CA 93550-6224
25923332     +ANDERSON JAMES,    2570 FALCON STREET,    MORA MN 55051-6425
25923420     +ANDERSON TRACY,    221 WARREN STREET,    AMERY WI 54001-1270
25923397      ANNIS ALLAN,    32 W 695 W HECKER DRIVE,    DUNDEE IL  60118
25923415      ANNIS DUNDEE,    32 W 695 W HECKER DRIVE,    DUNDEE IL  60118
25923411     +ARRIETA RUBEN,    1309 DOVER AVENUE,    THOUSAND OAKS CA 91360-3410
25923246     +ARROYO JOSE,    117 FORBES LANE,    VENTURA CA 93001-1316
25923477      ARROYO JOSE / SENORINA,    1210 FERN HAVEN,    GIBSONTON FL  33534
25923350     +ATHWAL RANJ IT,    19533 PORTOFINO COURT,    HILMAR CA 95324-9651
25923413     +AVECILLA MELODY,    11465 SANTINI LANE,    NORTHRIDGE CA 91326-4425
25923336     +AVILA RAMON,    710 SHASTA AVENUE,    MOORPARK CA 93021-1725
25923271      AWAIS MOHAMMAD,    512 - 512 1/2 EDEN STREET,    LODI CA  95240
25923485     +BAGDASARYAN KONSTANTIN,    420 W WILSON AVE 206,    GLENDALE CA 91203-3513
25923472     +BAILEY SHERE,    2825 VIRGINIA AVENUE,    SANTA MONICA CA 90404-5030
25923304     +BALASSA-CLARK ALICIA,    2309 NE CRANBOOK DRIVE,    VANCOUVER WA 98664-2940
25923262     +BARAHONA CARLOS,    1127 SYCAMORE DRIVE,    SIMI VALLEY CA 93065-5031
25923299     +BENDER KERRY,    18551 CHASE STREET,    NORTHRIDGE CA 91324-4607
25923424     +BERROW LEROY,    1910 MINER AVENUE,    SAN PABLO CA 94806-2127
25923513     +BHATT KUMUD,    8531 CHIMINEAS AVENUE,    NORTHRIDGE CA 91325-3733
25923501      BHATT KUMUD,    85321 CHIMINEAS AVENUE,    NORTHRIDGE CA  91325
25923317     +BLACKBURN IAN,    530 MOLINO STREET 218,    LOS ANGELES CA 90013-2280
25923318     +BLEA MANUEL,    5796 WEST PUGET AVENUE,    GLENDALE AZ 85302-4616
25923326     +BOJKO PETER,    26762 CLAUDETTE STREET,    CANYON COUNTRY CA 91351-5586
25923319     +BRONNER DAN,    3961 SPRINGTIME LANE,    MOORPARK CA 93021-3000
25923296     +BROSAMLE JEFFREY,    1120 WALTHAM ROAD,    SIMI VALLEY CA 93065-4459
25923382     +BROWN DENISE,    40 RUSSELL DRIVE,    STIILWATER NY 12170-1314
25923494     +BROWN JOHNNIE,    4851 WALNUT STREET,    OAKLAND CA 94619-2558
25923465     +BRUMM JAKE,    8856 GARDENA WAY,    LAKESIDE CA 92040-4940
25923395     +BURGOS LUZ,    74 FLOYD AVENUE,    BLOOMFIELD NJ 07003-5628
25923446     +BUTLER DALE,    7861 LOCUST WOOD ROAD,    SEVERN MD 21144-2032
25923447     +CABOTAGE ANNA,    1413 DAVIS FORD ROAD,    COVINGTON GA 30014-5825
25923263     +CANNON JAMES,    10214 GLEN WAY,    FORT WASHINGTON MD 20744-2548
25923337     +CASTILLO MARIA,    36 WESTWOOD DRIVE,    SHIRLEY NY 11967-3024
25923444     +CEJA FEDERICO,    10212 DALEROSE AVENUE,    LENNOX CA 90304-1430
25923502     +CHAMPAGNE DEAN,    5 CEDAR LANE,    GRETNA LA 70053-7001
25923321     +CHANG JUN,    44920 LOTUS LANE,    LANCASTER CA 93536-6122
25923285     +CHAVEZ ERNEST,    17050 WING LANE,    LA PUENTE CA 91744-4247
25923274     +CHON CHAE / YONG,    8180 RAMA COURT,    SACRAMENTO CA 95829-9234
25923324     +CONNOR JUDITH,    11 EMERSON ROAD,    WESTFORD MA 01886-1521
25923433     +COOPER BARBARA,    2873 CALAVERAS DRIVE,    FAIRFIELD CA 94534-1704
25923266     +CORLETO EDELMIRA,    6525 WOODMAN AVE 1,    VAN NUYS CA 91401-1654
25923468     +CRANIOTES LAUREN,    530 MOLINO ST 220,    LOS ANGELES CA 90013-2281
25923298     +CRONIN DENNIS,    3375 NORTON WAY 5,    PLEASANTON CA 94566-6850
25923432     +CROTEAU JOSEPH,    39 MONICA COURT,    AVENUL NJ 07001-1515
26158445     +DANIEL CHAVEZ,    18850 VENTURA BLVD STE 130,    TARZANA CA 91356-3380
25923456     +DAVIS ROBERT,    224 OAK GROVE STREET,    RAVENNA OH 44266-2628
25923339     +DE LEONE SALVATORE,    13168 E 131 ST STREET,    COLLINSVILLE OK 74021-4377
25923323     +DEBROSSE DIEUDONNE,    65 HAWTHORNE AVENUE,    EAST ORANGE NJ 07018-4015
25923507     +DELGADO MARIA,    2105 JANET DRIVE,    LANCASTER CA 93536-5994
25923374     +DEVEAUX LISA,    5751 SIMPSON AVENUE,    VALLEY VILLAGE CA 91607-1330
25923511     +DUENAS EDWIN,    2580 ROSEWOOD AVENUE,    SAN BRUNO CA 94066-3929
25923445     +DUENAS EDWIN,    2580 ROSEWOOOD AVENUE,    SAN BRUNO CA 94066-3929
25923268     +DUNCAN JESSE,    746 EAST 110TH STREET,    LOS ANGELES CA 90059-1512
25923302      ELIMIMIAN ISAAC,    2919 -2921VAN BUREN PLACE,    LOS ANGELES CA  90007
25923307     +ELLIS ERIC,    19333 WADLEY AVENUE,    CARSON CA 90746-1962
25923505      ELY DOUGLAS,    1155 S LONG AVENUE,    LOS ANGELES CA  90019
25923365     +EVANZ OZEAR,    1671 VINEYARD AVENUE,    LOS ANGELES CA 90019-5739
25923414     +FERRELL COURTNEY,    9508 STONEMEADOW COURT,    GLEN ALLEN VA 23060-3880
25923303     +FITZSIMMONS CAROL,    1 JULIA CIRCLE,    EAST SETAUKET NY 11733-3752
25923403     +FORSTON JAMES,    1414 W HARVARD AVENUE,    FRESNO CA 93705-3820
25923293     +FRANCO MANUEL,    13550 FOOTHILL BLVD 15,    SYLMAR CA 91342-4463
25923347      FRANKLIN BENJAMIN,    229 E 23RD STREET,    DIXON CA  95620
25923483     +GALENA OCTAVIO,    4940 BARNARD STREET,    SIMI VALLEY CA 93063-2410
25923489     +GALKIS EDITH,    6126 WHITSETT AVE 3,    N HOLLYWOOD CA 91606-4522
25923419     +GARDINER JACK,    38 OLD BRIDGE ROAD,    HANOVER MA 02339-2332
25923366     +GILBERT-BANKS VAILADEN,    3711 W 135TH STREET,    HAWTHORNE CA 90250-6209
25923289     +GISBORNE CHERI,    2506 EAST ALDEN STREET,    SYLMAR CA  91342
25923305     +GISBORNE CHERI,    2506 EAST ALDEN STREET,    SIMI VALLEY CA 93065-2310
25923340     +GLOVER DAVID,    1340 PHEASANT TRAIL,    HAMPSHIRE IL 60140-7412
```

```
District/off: 0973-1          User: adomingue              Page 2 of 4                   Date Rcvd: Dec 22, 2010
Case: 10-13012                Form ID: ntcpdiv             Total Noticed: 275

25923280     +GODDARD JAMES,    1100 NAPLES DRIVE,    ORLANDO FL 32804-1730
25923496     +GOMEZ JOSE / VERONICA,    4700 ALEXANDER DRIVE,    OXNARD CA 93033-7968
25923495     +GONZALEZ ESTEBAN,    484 ADDISON STREET,    ELGIN IL 60120-4435
25923486     +GONZALEZ JOSE,    16616 GILMORE ST,    VAN NUYS CA 91406-5609
25923273     +GONZALEZ JOSE CLAUDIO,    620 EAST HILLCREST DRIVE,    THOUSAND OAKS CA 91360-5938
25923288     +GRAY DEBORAH,    15151 FOOTHILL BLVD 13,    SYLMAR CA 91342-8380
25923325     +GUILLAUM WILLIAM,    8741 SIERRA HIGHWAY,    SANTA CLARITA CA 91390-4614
25923449     +GUTIERREZ ARMANDO,    13252 SAYRE STREET,    SYLMAR CA 91342-2538
25923440     +GUTIERREZ JESSE,    520 E SIERRA AVENUE,    REEDLEY CA 93654-8847
25923364     +GUTIERREZ JOSE,    1425 W 125TH STREET 146,    LOS ANGELES CA 90047
25923388     +GUTIERREZ OTTO,    9130 HORNBY AVENUE,    WHINIER CA 90603-1849
25923425     +HAGE JON,    19026 OLIVE STREET,    OMHA NE 68136-1282
25923416     +HARKLESS LARRY,    99 KATHRYN VB HARKLESS RD,    SAINT STEPHENS AL 36569-6524
25923407     +HARLOW JOHN,    12225 LECRONE AVENUE,    MILLESPORT OH 43046-6902
25923391     +HARRIS BRETT,    12637 MORRISON STREET,    VALLEY VILLAGE CA 91607-3406
25923322     +HARRIS JANET,    668 LINDELL BOULEVARD,    DEL RAY BEACH FL 33444-1948
25923379     +HATAKEYAMA SHANE,    96-224 WAIIWA ROAD,    PEARL CITY HI 96782-3378
25923394     +HEALY STEVEN,    4463 CANOGA DRIVE,    WOODLAND HILLS CA 91364-5330
25923349     +HERNANDEZ JOSEFINA,    536 IRVIN DRIVE,    THOUSAND OAKS CA 91360-6035
25923331     +HICKS FRANK,    22 LYNDALE LANE,    STATEN ISLAND NY 10312-5057
25923492     +HITCH JEFFREY,    21651 CONSEJOS,    MISSION VIEJO CA 92691-1124
25923261     +HUERTA FERNANDO,    18222 PINE AVENUE,    FONTANA CA 92335-6072
25923392     +IGOU JANICE,    8463 E ELI STREET,    TUCSON AZ 85710-5946
25923503      IRVIN RUTH,    400 MILL HILL ROAD,    ROGUE RIVER OR  97537
25923346     +IZAAC MEYER,    15206 BURBANK BLVD 117,    VAN NUYS CA 91411-3584
25923291     +JACKSON CASSANDRA,    6122 NEWTON ABBOTT DRIVE,    SHREVEPORT LA 71129-3912
25923412     +JACKSON JEREMY,    105 FORREST WAY DRIVE,    CAMDENTON MO 65020-6989
25923272     +JACOB LILLYKUTTY,    375 ROYAL AVENUE,    SIMI VALLEY CA 93065-4129
25923455     +JOHNSON JUSTIN,    16504 SE 26TH DRIVE,    BOTHELL WA 98012-6087
25923250     +JOHNSON LLOYD,    1770 GLEN LAKE ROAD,    HOFFMAN ESTATES IL 60169-4051
25923390     +JOHNSTON JAMES,    6124 GERONIMO DRIVE,    SAN JOSE CA 95123-4705
25923471     +JONES DONNIE,    229 AROMAS RD,    AROMAS CA 95004-9722
25923377     +JONES LAURA,    2705 WEST OLIVER DRIVE,    MUNCIE IN 47302-2041
25923491     +KEENE MYRON,    21054 PARTHENIA ST 1,    CANOGA PARK CA 91304-2058
25923510     +KING EDWIN,    5323 WHISPERING PINES DR,    MOUNT OLIVE AL 35117-3361
25923351      KING RUBIE,    19533 PORTOFINO COURT,    MACON GA  31220
25923448     +KINGSTON MARIA,    9604 SWINTON AVENUE,    NORTH HILLS CA 91343-1928
25923373     +KNAUER UDO,    6638 SAINT CLAIR AVENUE,    N HOLLYWOOD CA 91606-1412
25923328     +KNERR RICHARD,    1925 DOLINA DRIVE,    VIRGINIA DRIVE VA 23464-8273
25923442     +KOMBO ANGELA,    13323 CATAWBA MANOR WAY,    CLARKSBURG MD 20871-4381
25923438     +KROLIN KRISTIANA,    1762 DULCIE COURT,    SIMI VALLEY CA 93063-4112
25923372     +LARGE RONALD,    12367 IONA SOUND DRIVE,    BRISTOW VA 20136-1922
25923509     +LARIOS ARTURO,    429 MAGNOLIA AVENUE,    OXNARD CA 93030-5309
25923278     +LE QUAN,    2484 STOW STREET,    SIMI VALLEY CA 93063-3556
25923320     +LE TUAN / PHUOC,    536 WIDGEON LANE,    BLOOMONGDALE IL 60108-5416
25923480     +LEBEOUF ROLAND,    136 VISTA LANE,    SOUTHBRIDGE MA 01550-3129
25923308     +LEBOW KAREN,    4425 WHITSET BOULEVARD 213,    STUDIO CITY CA 91604-1367
25923473     +LEGER SUSAN,    11472 GLENOAKS BLVD,    PACOIMA CA 91331-1111
25923310     +LEVENTER DEVORA,    22615 SYLVAN STREET,    WOODLAND HILLS CA 91367-1736
25923329      LICHTIG ROBERT,    4342 POE AVENUE,    WOODLAND HILLS CA  91364
25923469     +LICHTIG ROBERT,    4642 POE AVENUE,    WOODLAND HILLS CA 91364-4654
25923309      LIM GERRY,    415 AND 417 E ELK AVE 4,    GLENDALE CA  91205
25923493     +LINDSAY JOSEPH,    1785 MARSALA WAY,    CAMARILLO CA 93012-4080
25923297     +LLOYD GEOQUATER,    3931 BITTERROOT COURT,    CHARLOTTE NC 28269-1767
25923359     +LOUIS VICENZIA,    600 W CEDAR STREET,    OXNARD CA 93033-3160
25923314     +LOWE JAMES,    14368 STARLIGHT LANE,    VICTORVILLE CA 92392-5035
25923281     +LUVIANO DAGOBERTO,    19622 HART STREET,    RESEDA CA 91335-3629
25923404     +MACQUITTA LARRY,    256 MANDARIN CIRCLE,    VACAVILLE CA 95687-3113
25923251     +MAHEU ARTHUR,    4231 NE 12TH AVENUE,    POMPANO BEACH FL 33064-5939
25923401     +MAJEWSKY RICHARD,    360 BENJAMIN CIRCLE,    FAYETTEVILLE GA 30214-3343
25923428     +MALA JUSTINA,    1014 PREY COURT,    KISSIMMEE FL 34746-6713
25923290     +MALAZIAN GARY,    2727 W BLUFF AVENUE 128,    FRESNO CA 93711-7021
25923484      MANCHESTER CHARLES,    122 DESNI COURT,    STATELINE NV  89449
25923327     +MARICHALAR MARIO,    719 SOUTH 19TH STREET,    KINGSVILLE TX 78363-6003
25923475     +MARTIN ANTONIA,    41 HAWKINS STREET,    HOLLISTER CA 95023-4901
25923375     +MASON MICHAEL,    5823 BERTRAND AVENUE,    ENCINO CA 91316-1028
25923369     +MASON TERRY,    2024 BEDFORD STREET,    SANTA ROSA CA 95404-8027
25923458     +MATHIS MELODY,    15215 MAGNOLIA BLVD 116,    SHERMAN OAKS CA 91403-1118
25923498     +MCCRAY ELBER,    2300 HOLLY HILL DRIVE,    MA TOWNSHIP NJ 08759-6118
25923497     +MCFADDEN ASA,    139 E VILLANOVA DR,    CLAREMONT CA 91711-5334
25923367     +MERRYMAN JONATHAN,    11021 IRMA AVENUE,    TUJUNGA CA 91042-1230
25923282     +MIGUEL DAVID,    1964 LONG COVE DRIVE,    OXNARD CA 93036-6314
25923409     +MILES DENNIS,    4A WHITTIER STREET,    WORCESTER MA 01605-3218
25923462     +MILLER GLEN,    8720 HARE AVENUE,    JACKSONVILLE FL 32211-8032
25923358     +MILLER WIILLIAM / TERRI,    2515 CRESCENT AVENUE,    CLOVIS CA 93612-4402
25923387     +MIRANDA ERIKA,    9062 SYLMAR AVENUE,    PANORAMA CITY CA 91402-1912
25923504     +MISERENDINO JENNY,    2002 FREESIA AVENUE,    SIMI VALLEY CA 93063-3534
25923275      MONTOYA FREDDY,    1379 WEST 37TH STREET,    LOS ANGELES CA  90007
25923362     +MOORE SHARON,    17834 JIAWATHA STREET,    GRANADA HILLS CA 91344-5910
25923427     +MORALES CLAUDIA,    19009 SHERMAN WAY 77,    RESEDA CA 91335-7711
25923506      MORALES MARTIN,    8601 INT1 AVENUE 202,    CANOGA PARK CA  91304
25923330     +MORELAND WILLIAM,    121 BUCKINGHAM DRIVE,    STEPHENS CITY VA 22655-2731
25923376     +MORENO ANTHONY,    1365 SOUTH WEST BOULEVARD,    ROHNERT PARK CA 94928-3522
25923335     +MORENO VIOLETA,    43007 38TH STREET WEST,    LANCASTER CA 93536-4905
```

```
District/off: 0973-1          User: adomingue           Page 3 of 4                  Date Rcvd: Dec 22, 2010
Case: 10-13012                Form ID: ntcpdiv          Total Noticed: 275

25923467     +MORRIS CHARLES,   15609 IRON SPRING LANE,    FONTANA CA 92336-4562
25923316     +MORRISON TIMOTHY,   4230 BEN AVENUE,    STUDIO CITY CA 91604-2021
25923360     +MOSCOVICI BIBI,   22527 MOUNTAIN VIEW RD,    MORENO VALLEY CA 92557-2658
25923383     +MOSLEY TONY,   1570 COPPERFIELD AVENUE,    DELTONA FL 32738-5052
25923363     +MOYANO FRANCISCO,   8130 NESTLE AVENUE,    RESEDA CA 91335-1327
25923430     +MULFORD CYNTHIA,   5987 CAMDEN CIRCLE,    CITRUS HEIGHTS CA 95621-6507
25923284     +MUNDO JUAN,   10950 SATICOY STREET 32,    SUN VALLEY CA 91352-4587
25923267     +MUSE CHARLES,   15418 HAMILTON LANE,    FONTANA CA 92336-5382
25923253     +NAGVI SYED ALI SAFDAR,    20246 COHASSET ST  1,    WINNETKA CA 91306-2943
25923464     +NGUYEN SAU,    7107 SUNNY BRAE AVENUE,    WINNETKA CA 91306-3435
25923341     +NIX BRUCE,    310 SEMINOLE CIRCLE,    TERRY MS 39170-8787
25923294     +NOEL SCOTT,    318 SWENSON DRIVE,    HUTTO TX 78634-4376
25923488      NUNES KRISTEN,    1324 MUIR DRIVE,    GARDNERVILLE NV 91206
25923410     +NUNES WAUNELLE,    536 FLORENCE DRIVE,    VACAVILLE CA 95688-2053
25923279     +NUNN FRED,    2131 ALABAMA AVENUE,    SAVANNAH GA 31404-2723
25923311     +OKH ILYA,    330 PARK VIEW TER 203,    OAKLAND CA 94610-4670
25923286     +ONISHI HENRY,    17761 SAN RAFAEL STREET,    FOUNTAIN VALLEY CA 92708-5230
25923441     +ORENSTEIN DARIN,    23649 TIARA STREET,    WOODLAND HILLS CA 91367-5943
25923342     +OSOLLO JOE,    1011 W SPRUCE STREET,    OXNARD CA 93033-5002
25923264     +PANOPIO LEILAH,    6827 GREELEY STREET,    TUJUNGA CA 91042-2808
25923423     +PARKER LABRENDA,    2920 W 80TH STREET,    INGLEWOOD CA 90305-1411
25923300     +PATEL ASHWIN,    10347 HILLVIEW AVENUE,    CHATSWORTH CA 91311-2120
25923313     +PATTERSON JEROME,    959 NORTH LOREL AVENUE,    CHICAGO IL 60651-2841
25923500     +PECH DOUGLAS,    31546 ROCCA DRIVE,    CASTAIC CA 91384-2598
25923476     +PELAYO MIGUEL,    23605 VIA NAVARRA,    MISSION VIEJO CA 92691-3635
25923355     +PERES CONNIE,    1239 WEST AVENUE H8,    LANCASTER CA 93534-1782
25923249     +PEREZ JAYSON,    3009 WAYLAND AVENUE,    ELGIN IL 60124-8935
25923338     +PEREZSILVA LOTUS,    2624 KANSAS AVENUE 12,    SANTA MONICA CA 90404-6913
25923459     +PERRY GEORGE,    31844 STATE ROAD 62,    DUETT FL 34219-5952
25923481     +PETHERAM WILLIAM,    530 AABY AVENUE,    AUBURN WA 98001-3854
25923439     +POLITANO ALVIN,    1805 RICHARDSON STREET,    SAN BERNARDINO CA 92408-3643
25923306     +POUHA JOSEPH,    54-245 ANOLEI PLACE,    HAUULA HI 96717-9621
25923405     +PREBICH ANDREW,    25 HAVERFORD CIRCLE,    MANCHESTER PA 17345-1528
25923252     +PRICKETT JEFFREY,    861 PAINTED CANYON DRIVE,    BOZEMAN MT 59718-8763
25923389     +PRUITT RICHARD,    100 CAT RIDGE LANE,    FLAT ROCK NC 28731-6634
25923436     +PULIDO HUGO,    12651 FAIR GLEN DRIVE,    VICTORVILLE CA 92392-0506
25923499     +QUINTERO JUAN,    1054 N CURRIER AVENUE,    SIMI VALLEY CA 93065-5102
25923461     +RAGO MICHAEL,    155 RIPLEY HILL RD,    COVENTRY CT 06238-1631
25923276     +RAMIREZ PEDRO,    19323 DRYCLIFF STREET,    SANTA CLARITA CA 91351-2769
25923343     +RECKO WILLIAM,    65 GOULD STREET,    WAKEFIELD MA 01880-2749
25923400     +REYNOLDS MARSHA,    4222 24TH AVENUE,    TEMPLE HILLS MD 20748-3247
25923429     +RICE EUGENIO,    2932 DE TOWER CIRCLE,    EL PASO TX 79904-2405
25923421     +RILEY MELISSA,    741 RICHARD ROAD,    SANTA PAULA CA 93060-1831
25923254     +RIOS JOSE / MARIA,    473 LA ESPERANZA DR,    DIXON CA 95620-3043
25923450     +RIOS JOSE AND LETICIA,    941 6TH STREET,    CALEXICO CA 92231-2959
25923348     +RIOS JOSE AND MARIA,    473 LA ESPERANZA DRIVE,    DIXON CA 95620-3043
25923482     +RIOS ROSENDO,    4239 LOU DRIVE,    SIMI VALLEY CA 93063-3343
25923398     +ROBINSON ANGELUS,    9950 JORDAN AVENUE 23,    CHATSWORTH CA 91311-3774
25923255      RODRIGUEZ NATIVIDAD,    9161 ORMUS AVENUE,    RAISIN CITY CA  93652
25923371     +RODRIGUEZ SENEN,    2212 CONQUEST WAY,    ODENTON MD 21113-2621
25923259     +ROJAS JAVIER,    7721 MELVIN AVENUE,    RESEDA CA 91335-2328
25923474     +ROMERO ANTONIO,    8906 S 3RD AVENUE,    INGLEWOOD CA 90305-2804
25923386      SACREY GILLIAN,    0051 TOPANGA CYN BLVD 14,    CHATSWORTH CA  91311
25923512     +SAEVANG VERN / LIEW,    95 GRAND AVENUE,    OROVILLE CA 95965-3404
25923435     +SALMASIYAN VAHAN,    19930 LORNE STREET,    WINNETKA CA 91306-1927
25923478      SAMERSON VILDA,    4938 SW 172ND ST RD,    OCALA FL  34473
25923402     +SANDERS MARCUS,    61 PASEO HACIENDAS,    CHICO CA 95926-1009
25923269     +SANDERS STEPHANIE,    1476 LONGBRANCH AVE,    GROWER BEACH CA 93433-2507
25923381     +SANWONG CRAIG,    7315 STARWARD DRIVE 53,    DUBLIN CA 94568-1861
25923434     +SARACYAN BEYHAN,    11750 HAYVENHURST AVENUE,    GRANDA HILLS CA 91344-2945
25923301     +SARINO DONN,    1914 PATTIZ AVENUE,    LONG BEACH CA 90815-3620
25923422     +SCARPETTA MICHAEL,    33234 VILLAGE 33,    CAMARILLO CA 93012-7214
25923352     +SCHAITEL NIKOLE,    N3997 BROWN DEER DRIVE,    BRODHEAD WI 53520-9673
25923393     +SCHMIDT ANDREA,    5161 MEKO DRIVE,    WILMINGTON NC 28409-3203
25923283     +SCHNEIDER MICHELE,    4758 SUNNYSLOPE AVENUE,    SHERMAN OAKS CA 91423-2410
25923399     +SCHULHOFER SANDFORD,    26723 OAK GARDEN COURT,    NEWHALL CA 91321-1434
25923451      SHADE DAVID,    903D RUID HILL AVENUE,    PASADENA CA  21122
25923457     +SHOR AMNON,    2707 W ROBERTS AVENUE,    FRESNO CA 93711-2538
25923452     +SIDHU GURBANS,    5275 CRYSTAL RANCH DR,    CONCORD CA 94521-5444
25923353     +SIDHU RAMBHAJ,    8221 MADRONE WOODS PLACE,    ANTELOPE CA 95843-3732
25923454      SMALL PHILLIP,    45863 GUENTHER DRIVE,    GREAT MILLS MD  20634
25923345     +SMITH CLARENCE,    6359 CASERTA COURT,    PALMDALE CA 93552-4748
25923470     +SNOW KEITH,    11261 ADA AVENUE,    MONTCLAIR CA 91763-6530
25923460     +SOLL JOHN,    257 FOX SPRINGS DRIVE,    RIVERTON WY 82501-7702
25923368     +STINE PHILIP,    6921 E RENDINA STREET,    LONG BEACH CA 90815-4827
25923426     +STOCK EDWARD,    1521 VARGAS RD SE,    RIO RANCHO NM 87124-4065
25923295     +STOUFFER GLENN / AMY,    5618 BELLINGHAM AVENUE,    VALLEY VILLAGE CA 91607-1713
25923315     +STUPAY MARK,    2559 SAMPLE AVENUE,    CLOVIS CA 93611-5438
25923312     +SWENSEN JASON,    3631 CRENNA AVENUE,    CONCORD CA 94519-1811
25923247     +TAHAR FREDDIE,    5761 OSTIN AVENUE,    WOODLAND HILLS CA 91367-3955
25923418     +TAITANO MAUREEN,    6207 99TH PLACE NE,    MARYSVILLE WA 98270-2449
25923356      TAN BIENVENIDO,    ENCINO CA 91316,    PANORAMA CITY CA  91402
25923265     +TAPP RON / KEIKO,    3748 ROSEWOOD AVENUE,    LOS ANGELES CA 90066-3532
25923248     +TAYLOR MARK,    1480 SKYHAWKPLACE,    WRIGHT CITY MO 63390-1413
```

```
District/off: 0973-1          User: adomingue         Page 4 of 4             Date Rcvd: Dec 22, 2010
Case: 10-13012                Form ID: ntcpdiv        Total Noticed: 275

25923443     +THOMAS STEVEN,    304 FARMHOUSE ROAD,    ACCOKEEK MD 20607-9526
25923408     +TKACH DAVID,    22 KNEEN STREET EXTENSION,    SHELTON CT 06484-3938
25923370     +TOMES JOSE,    4662 PINE CONE CIRCLE,    EAGAN MN 55123-5401
25923270     +TRUJILLO DENNIS,    19492 HIGHWAY 84-285,    ESPANOLA NM 87532-2651
25923354     +ULAN ANDREW,    26812 HOT SPRINGS PLACE,    CALABASAS CA 91301-5318
25923453      UNDERBEG ALFRED,    945 EAST NE,    SALEM OR  97301
25923417     +VAN TASSEL JAMES,    4719 GREENCOVE CIRCLE,    BALTIMORE MD 21219-2380
25923361     +VASQUEZ FRANCISCO,    8377 PASO ROBLES AVE,    NORTHRIDGE CA 91325-3454
25923256     +VASQUEZ MARIA,    514 W RODERICK AVENUE,    OXNARD CA 93030-4221
25923257     +VASQUEZ MIREYA,    14211 OSBORNE STREET,    PANORAMA CITY CA 91402-2605
25923260     +VELEZ JORGE,    11635 CREST CREEK DRIVE,    RIVERVIEW FL 33569-2050
25923437     +VICKERS RALPH,    381 56TH AVENUE,    KENOSHA WI 53144-1041
25923277     +VILAUBI RICHARD,    29531 KEVIN WAY,    CANYON COUNTRY CA 91387-7104
25923258     +VINSON WILLIE,    3100 CLEBURNE,    CONWAY AR 72034-7365
26047113     +VIOLETA MORENO,    11616 GLENOAKS BLVD,    PACOIMA CA 91331-1049
25923431     +WEAVER MARK,    459 N WABASH AVENUE,    BRADLEY IL 60915-1663
25923396     +WEISSENFLUH DAVID,    314 RAGLAND ROAD,    LONGVIEW WA 98632-9120
25923490      WEITH BRIAN,    1324 MUIR DRIVE,    GARDNERVILLE CA  91206
25923384     +WEITH BRIAN,    1642 MAYWOOD AVENUE,    UPLAND CA 91784-1729
25923378     +WHITEHEAD ROBERT,    13241 NICHOLSON ROAD,    CONROE TX 77303-3839
25923344     +WRIGHT OMAR,    3725 MILITARY AVENUE,    LOS ANGELES CA 90034-7007
25923385     +YOUNG JIM,    525 LOGAN CREEK,    BOULDER CREEK CA 95006-9663
25923292     +ZAHN HERBERT,    8212 HANDLEY AVENUE,    LOS ANGELES CA 90045-3324

The following entities were noticed by electronic transmission on Dec 23, 2010.
tr           +EDI: QDSEROR.COM Dec 23 2010 01:08:00      David Seror (TR),    9401 Wilshire Blvd, 9th Floor,
               Beverly Hills, CA 90212-2928
smg           EDI: EDD.COM Dec 23 2010 01:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P. O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Dec 23 2010 01:08:00      Franchise Tax Board,    ATTN: Bankruptcy,
               P. O. Box 2952,    Sacramento, CA  95812-2952
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25923508*    +BUTLER DALE,    7861 LOCUST WOOD RD,    SEVERN MD 21144-2032
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2010**           **Signature:**   _Joseph Speetjens_